UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORGE ALBERTO TORRES, JR.,

    Defendant.

Case No. 23-cr-90 (KMM/LIB)

**PROPOSED FINAL ORDER OF FORFEITURE**

WHEREAS, on February 9, 2024, this Court entered a Preliminary Order of Forfeiture forfeiting certain property to the United States pursuant to 18 U.S.C. § 2253(a);

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on February 13, 2024, providing notice of the United States' intention to dispose of the subject Property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no third-party filed a petition asserting an interest in the property included in the Preliminary Order of Forfeiture, and the time period for filing such petitions has expired;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.    The United States' Motion for Final Order of Forfeiture (ECF No. 118) is **GRANTED**;

2.       All right, title and interest in an Android platform LG TracFone Stylo 5 cell phone, model number ZNFL722DL, bearing serial number GPLGL722DCGB, and a black USB charger-style video-camera device are hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 2253(a); and,

3.       The United States shall dispose of the Property in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: July 16, 2024                                  *s/Katherine Menendez*
                                                                   Katherine Menendez
                                                                   United States District Court